UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS JOHNNY VALENZUELA,<br><br>           Petitioner,<br><br>      v.<br><br>GEORGE NEOTTI, WARDEN,<br><br>           Respondent. | CASE NO. ED CV 10-1486-JAK (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  2/17/2012

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\VALENZUELA, R 1486\Judgment.wpd