UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS JOHNNY VALENZUELA, | CASE NO. ED CV 10-1486-JAK (PJW) |
| Petitioner, | |
| | J U D G M E N T |
| v. | |
| GEORGE NEOTTI, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 2/17/2012

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\VALENZUELA, R 1486\Judgment.wpd